UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONICAH OKOBA OPATI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>Defendants. | Civil Action No. 12-1224 (JDB) |

### ORDER

Upon consideration of the special masters' reports in the related case before this Court, Wamai v. Republic of Sudan, No. 08-1349 [ECF Nos. 63-244], and the entire record herein, it is hereby

**ORDERED** that [63-244] the special master reports are adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that judgment is entered in favor of plaintiffs and against defendants in the total amount of $3,163,433,873.00; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: July 25, 2014

| | Name of Victim | Injured/ Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Punitive Damages | Total compensatory damages | Subtotal (with applicable prejudgment interest) | Total Award (subtotal with prejudgment interest, plus punitive damages) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Joseph Ingosi | Injured | Joseph Ingosi | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 2 | Frederick Kibodya | | Diana Kibodya | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 3 | Charles Kabui | Injured | Charles Kabui | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 4 | Milka Wangari Macharia | | Barbara Olao | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 5 | | | Allan Olao | Son | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 6 | Rachael Mungasia Pussy | | Audrey Pussy | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 7 | John Nduati | | Margaret Murigi | Wife | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 8 | | | Belonce Murigi | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 9 | | | Faith Murigi | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 10 | | | Mischeck Murigi | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 11 | Aaron Makau Ndivo | | Faith Mutindi | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 12 | Charles Opondo | Injured | Charles Opondo | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 13 | Pauline Abdallah | | Rispah Abdallah | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 14 | | | Majdoline Abdallah | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 15 | | | Joseph Abdallah | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 16 | Benson Bwaku | | Christine Nabwire Bwaku | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 17 | | | Ephraim Onyango Bwaku | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 18 | Betty Kagai | Injured | Betty Kagai | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 19 | | | Norman Kagai | Husband | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 20 | | | Wendy Kagai | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 21 | | | Charles Kagai | Son | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 22 | | | Tabitha Kagai | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 23 | Vincent Kamau Nyoike | | Wallace Njorege Nyoike | Brother | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 24 | Lucy Nyawida Karigi | Deceased | Lucy Nyawida Karigi | | $625,752 | $0 | | $625,752 | $625,752 | $625,752.00 | $1,251,504.00 |
| 25 | | | Steven Karigi | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 26 | | | Martin Karigi | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 27 | | | Caroline Karigi | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 28 | Michael Ikonye Kiarie | | Daniel Kiarie | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 29 | | | Ann Wairimu Kiarie | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 30 | | | Maryann Njoki Kiarie | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 31 | David Kiarie Kiburu | | Anthony Kiarie | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 32 | | | Barbara Kiarie | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 33 | | | Edmund Kiarie Kiburu | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 34 | Bernard Macharia | Injured | Bernard Macharia | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 35 | Joshua Mayunzu | Injured | Joshua Mayunzu | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 36 | Tibruss Minja | | Levina Minja | Wife | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 37 | | | Violet Minja | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 38 | | | Emmanuel Minja | Son | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 39 | | | Nickson Minja | Son | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 40 | Raphael Peter Munguti | | Petronila Munguti | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 41 | | | Alex Munguti | Son | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 42 | | | Felix Munguti | Son | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 43 | Charles Mwangi Ndibui | | John Ndibui | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 44 | | | George Mwangi | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 45 | Simon Ngure | Injured | Simon Ngure | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 46 | | | Lucy Kambo | Wife | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 47 | | | John Ngure | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 48 | | | Joseph Kambo | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 49 | | | Catherine Njeri Mwangi | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 50 | | | Jackson Ndungu | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |

| # | Name | Status | Claimant | Relationship | | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Amount 5 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | | | Jackline Wambui | Daughter | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 52 | Julius Nyamweno | Injured | Julius Nyamweno | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 53 | Lucy Grace Onono | | Elizabeth Okelo | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 54 | | | Hellen Okelo | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 55 | | | Kennedy Okelo | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 56 | | | Ronald Okelo | Brother | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 57 | | | Leslie Onono | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 58 | | | Laura Onono | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 59 | | | Stephen Onono | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 60 | | | Andrew Onono | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 61 | | | Rispah Auma | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 62 | Jael Oyoo | Injured | Jael Oyoo | | | $7,500,000 | | $16,963,875 | $7,500,000 | $16,963,875.00 | $33,927,750.00 |
| 63 | | | Edwin Oyoo | Husband | | | $4,000,000 | $9,047,400 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 64 | Katimba Mohamed Selemani | Injured | Katimba Mohamed Selemani | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 65 | | | Asha Abdullah | Wife | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 66 | | | Rashid Katimba | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 67 | | | Said Katimba | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 68 | Evitta Francis Kwimbere | | Francis Kwimbere | Husband | | | $4,000,000 | $9,047,400 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 69 | | | Irene Kwimbere | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 70 | | | Frederick Kwimbere | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 71 | | | Sani Kwimbere | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 72 | Mary Ofisi | | Francis Ofisi | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 73 | | | Andrew Ofisi | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 74 | | | Gideon Ofisi | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 75 | Eric Abur Onyango | | Conceptor Orende | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 76 | John Kiswili | Injured | John Kiswili | | | $5,000,000 | | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 77 | | | Franciso Kyalo | Wife | | | $4,000,000 | $9,047,400 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 78 | Polychep Odihambo | Injured | Polychep Odihambo | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 79 | Rose Nyette | Injured | Rose Nyette | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 80 | | | Patrick Nyette | Husband | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 81 | Charles Mwaka Mulwa | | Eric Mwaka | | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 82 | | | Peter Mwaka | | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 83 | | | Felix Mwaka | | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 84 | | | Civilier Mwaka | | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 85 | Victor Mpoto | | Anipha Mpoto | Wife | | | $3,000,000 | $6,785,550 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| 86 | | | Inosensia Mpoto | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 87 | | | Denis Mpoto | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 88 | Julius Ogoro | | Lydia Gwaro | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 89 | | | Debora Gwaro | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 90 | | | Emmanuel Gwaro | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 91 | | | James Gwaro | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 92 | Kimeu Nzioka Nganga | | Michael Kimeu | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 93 | | | Winnie Kimeu | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 94 | | | Lukas Kimeu | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 95 | Evans Onsongo | | Grace (Eunice) Onsongo | Sister | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 96 | Joseph Gathunga | Injured | Joseph Gathunga | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 97 | Michael Mwangi | Injured | Michael Mwangi | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 98 | Mary Muiriri | Injured | Mary Muiriri | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 99 | | | Jonathan Nduti | Husband | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 100 | Sammy Mwangi | | Anne Nganga Mwangi | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 101 | | | Ester Nganga Mwangi | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 102 | Henry Aliviza Shitiavai | Injured | Henry Aliviza Shitiavai | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 103 | | | Judy Aliviza | Wife | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 104 | | | Jacqueline Aliviza | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |

| # | Name | Status | Relative | Relation | Col A | Col B | Col C | Col D | Col E | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 105 | | | Collins Aliviza | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 106 | | | Humphrey Aliviza | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 107 | Stella Mbugua | | Jeffrey Mbugua | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 108 | | | Alex Mbugua | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 109 | Irene Kung'u | | Wambui Kung'u | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 110 | | | Lorna Kung'u | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 111 | | | Edward Kung'u | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 112 | Mary Gitonga | | Gitonga Mwanike | Husband | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 113 | Techonia Owiti | Injured | Techonia Owiti | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 114 | Gad Gideon Achola | Injured | | | | $500,000 | | $1,130,925 | $500,000 | $1,130,925.00 | $2,261,850.00 |
| 115 | Christant Hiza | | Valentina Hiza | Wife | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 116 | | | Christopher Hiza | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 117 | | | Christianson Hiza | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 118 | | | Christemary Hiza | Daughter | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 119 | Zephania Mboge | | Salima Ismail Rajabu | Wife | | | $3,000,000 | $6,785,550 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| 120 | | | John Zephania Mboge | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 121 | Emily Minayo | | Harriet Chore | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 122 | | | Leslie Sambuli | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 123 | Peter Kunigo | Injured | Peter Kunigo | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 124 | Rukia Wanjiru Ali | | Badawy Itati Ali | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 125 | Jairus David Aura | Injured | Jairus David Aura | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 126 | Hosiana Mbaga | | Mary Esther Kiusa | Daughter | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 127 | Peter Ngigi Mugo | Injured | Peter Ngigi Mugo | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 128 | Margaret Waithira Ndungu | | Leonard Rajab Waithira | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 129 | | | Grace Wanjiru Waithira | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 130 | | | Joseph Ndungu Waithira | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 131 | Samuel Odhiambo Oriaro | | Jeff Rabar | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 132 | Beatrice Atinga | Injured | Beatrice Atinga | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 133 | | | Sammy Okere | Husband | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 134 | | | Victor Adeka | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 135 | | | Purity Mahonja | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 136 | Gaudens Thomas Kunambi | | Joyce Thadei Lokoa | Wife | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 137 | | | Selina Gaudens | Daughter | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 138 | | | Donnie Gaudens | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 139 | Livingstone Busera Madahana | | Judith Nandi Busera | Wife | | | $4,000,000 | $9,047,400 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 140 | | | Levis Madahana Busera | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 141 | | | Christine Kavai Busera | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 142 | | | Emmanuel Musambayi Busera | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 143 | August Maffry | Injured | August Maffry | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 144 | | | Alison Maffry | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 145 | | | Caroline Maffry | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 146 | | | Alice Mary Talbot | Sister | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 147 | Geoffrey Tupper | Injured | Geoffrey Tupper | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 148 | | | Frida Yohan Mtitu | Wife | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 149 | | | Shadrack Tupper | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 150 | | | Agnes Senga Geoffrey Tupper | Daughter | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 151 | Joan Adundo | Injured | Joan Adundo | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 152 | | | Bernard Adundo | Husband | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 153 | | | Pauline Adundo | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 154 | | | Samuel Adundo | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 155 | | | Theresa Adundo | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 156 | | | Isidore Adundo | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 157 | | | Anne Adundo | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 158 | | | Thomas Adundo | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |

| # | Name | Status | Relative | Relation | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 159 | Wycliffe Okello Khabuchi | Injured | | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 160 | | | Jane Khabuchi | Wife | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 161 | | | Michael Tsuma | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 162 | | | Irene Khabuchi | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 163 | | | Beryl Shiumbe | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 164 | Zackaria Musalia Atinga | Injured | Zackaria Musalia Atinga | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 165 | | | Florence Musalia | Wife | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 166 | | | Elly Musalia | Son | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 167 | | | Vallen Andeyo | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 168 | | | Juruha Musalia | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 169 | Tobias Oyanda Otieno | | Lynette Oyanda | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 170 | | | Linda Oyanda | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 171 | | | Vera Jean Oyanda | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 172 | Charles Mwirigi Nkanatha | | Fridah Makena | Wife | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 173 | | | Ruth Gatwiri Mwirigi | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 174 | | | Joan Kendi Nkanatha | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 175 | Doreen Oport | | Joanne Oport | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 176 | | | Sally Oport | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 177 | | | Yvonne Oport | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 178 | Justina Mdobilu | | Onael Mdobilu | Husband | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 179 | | | Peter Mdobilu | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 180 | | | John Mdobilu | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 181 | | | Katherine Mdobilu | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 182 | | | Immanuel Mdobilu | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 183 | | | Onael David Mdobilu | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 184 | | | Joshua Daniel Mdobilu | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 185 | Gideon Maritim | | Hellen Maritim | Wife | | | $4,000,000 | $9,047,400 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 186 | | | Alice Maritim | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 187 | | | Ruth Maritim | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 188 | | | Annah Maritim | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 189 | | | Sharone Maritim | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 190 | | | Edgar Maritim | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 191 | | | Sheila Maritim | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 192 | | | Rammy Rotich | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 193 | Priscah Owino | Injured | Prisca Owino | | | $2,500,000 | | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 194 | | | Greg Owino | Husband | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 195 | | | Clara Owino | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 196 | | | Leah Owino | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 197 | | | Gerald Owino | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 198 | | | Kenneth Owino | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 199 | Sally Cecilia Mamboleo | Deceased | Sally Cecilia Mamboleo | | $1,204,380 | $0 | | $1,204,380 | $1,204,380 | $1,204,380.00 | $2,408,760.00 |
| 200 | | | Salome Ratemo | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 201 | | | Luis Ratemo | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 202 | | | Frederick Ratemo | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 203 | | | Kevin Ratemo | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 204 | Dixon Indiya | Injured | Dixon Indiya | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 205 | Belinda Chaka | | James Chaka | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 206 | | | Stanley Chaka | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 207 | | | Stacy Chaka | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 208 | Clifford Tarimo | | Elizabeth Tarimo | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 209 | | | Margaret Tarimo | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 210 | Cornelius Kebungo | Injured | Cornelius Kebungo | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 211 | | | Phoebe Kebungo | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 212 | Erastus Ndeda | Injured | Erastus Ndeda | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |

| # | Victim | Status | Claimant | Relation | C1 | C2 | C3 | C4 | C5 | C6 |
|---|---|---|---|---|---|---|---|---|---|---|
| 213 | | | Ann Salamba | Wife | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 214 | | | Beverlyne Ndeda | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 215 | | | Cecilia Ndeda | Daughter | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 216 | Hesbon Lihanda | Injured | Hesbon Lihanda | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 217 | | | Gladis Lihanda | Wife | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 218 | | | Dickson Lihanda | Son | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 219 | | | Ruth Lihanda | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 220 | James Ndeda | | Valentine Ndeda | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 221 | | | Maureen Ndeda | Daughter | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 222 | Milly Mikali Amduso | | Beatrice Amduso | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 223 | | | Ireen Semo | Daughter | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 224 | | | Joab Amduso | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 225 | | | Justin Amduso | Son | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 226 | Moses Kinyua | | Mercy Ndiritu | Wife | | | $4,000,000 | $9,047,400 | $4,000,000 | $9,047,400.00 | $18,094,800.00 |
| 227 | | | Christopher Ndiritu | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 228 | | | Dennis Kinyua | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 229 | | | Edwin Magothe | Son | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 230 | Valerie Nair | | Sedrick Nair | Husband | | | $2,000,000 | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 231 | | | Tanya Nair | Daughter | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 232 | Bakari Nyumbu | | Enna Omolo | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 233 | Ramadhani Mahundi | | Asha Kiluwa | Wife | | | $8,000,000 | $18,094,800 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 234 | | | Ally Mahundi | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 235 | | | Amiri Mahundi | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 236 | | | Asha Mahundi | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 237 | | | Emma Mahundi | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 238 | | | Juma Mahundi | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 239 | | | Mwajabu Mahundi | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 240 | | | Mwajumba Mahundi | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 241 | | | Said Mahundi | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 242 | | | Shaban Mahundi | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 243 | | | Yusuph Mahundi | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 244 | Caroline Opati | Deceased | Caroline Opati | | | $0 | | $0 | $0 | $0.00 | $0.00 |
| 245 | | | Monicah Opati | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 246 | | | Rael Opati | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 247 | | | Selifah Opati | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 248 | Dominic Musyoka Kithuva | | Keeliy Musyoka | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 249 | | | Manzi Musyoka | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 250 | | | Syuindo Musyoka | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 251 | | | Gladys Munani Musyoka | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 252 | | | Jackson Kithuva Musyoka | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 253 | | | Jane Mutua | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 254 | | | Mary Nzisiva Samuel | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 255 | Mohamed Abdallah Mnyolya | | Omar Zubari Omar | Brother | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 256 | Nafisa Malik | | Rehana Malik | Sister | | | $1,250,000 | $2,827,313 | $1,250,000 | $2,827,312.50 | $5,654,625.00 |
| 257 | Eliya Elisha Paul | | Mary Meresiana Paul | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 258 | Sally Omondi | | | | | | | $0 | $0 | $0.00 | $0.00 |
| 259 | Miriam Muthoni | | | | | | | $0 | $0 | $0.00 | $0.00 |
| 260 | Jomo Matiko Boke | | Jacob Gati | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 261 | | | Zakayo Matiko | Son | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 262 | Loise Kuya | Deceased | Loise Kuya | | $896,225 | $0 | | $896,225 | $896,225 | $896,225.00 | $1,792,450.00 |
| 263 | | | Peter Kuya | Husband | | | $8,000,000 | $18,094,800 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 264 | | | Peninah Mucii | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 265 | | | Daniel Kuya | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 266 | Blasio Kubai | | Agnes Kubai | Wife | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |

| # | Name | Status | Claimant | Relation | | | Amount | Amount | Amount | Amount | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 267 | | | Celestine Kubai | Daughter | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 268 | | | Brian Kubai | Son | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 269 | | | Collin Kubai | Son | | | $1,500,000 | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 270 | | | Saline Kubai | Daughter | | | $0 | $0 | $0 | $0.00 | $0.00 |
| 271 | William Maina | Injured | William Maina | | | $7,500,000 | | $16,963,875 | $7,500,000 | $16,963,875.00 | $33,927,750.00 |
| 272 | Leonard Shinenga | Injured | | | | $1,500,000 | | $3,392,775 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 273 | Elizabeth Nzaku | Injured | Elizabeth Nzaku | | | $2,000,000 | | $4,523,700 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 274 | Peter Macharia | | Peter Ngugi | Brother | | | $2,500,000 | $5,654,625 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 275 | Hesbon Bulimu | Deceased | Hesbon Bulimu | | $784,742 | $5,000,000 | | $12,093,992 | $5,784,742 | $12,093,992.00 | $24,187,984.00 |
| 276 | | | Mary Bulimu | Wife | | | $8,000,000 | $18,094,800 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 277 | | | Jackson Bulimu | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 278 | | | Godfrey Bulimu | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 279 | | | Millicent Bulimu | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 280 | | | Lydia Bulimu | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 281 | | | Rodgers Bulimu | Son | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 282 | | | Frida Bulimu | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 283 | | | Emmily Bulimu | Daughter | | | $5,000,000 | $11,309,250 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 284 | | | Mercy Bulimu | Daughter | | | $0 | $0 | $0 | $0.00 | $0.00 |
| | TOTALS | | | | 3511099 | $80,000,000 | $617,750,000 | $1,581,716,937 | $701,261,099.00 | $1,581,716,936.50 | $3,163,433,873.00 |