# United States Court of Appeals
**For The District of Columbia Circuit**

---

**No. 14-7124**  **September Term, 2019**

1:12-cv-01224-JDB
1:08-cv-01349-JDB
1:08-cv-01361-JDB
1:08-cv-01380-JDB

**Filed On:** June 26, 2020

Monicah Okoba Opati, in her own right, As Executrix of the Estate of Caroline Setla Opti, Deceased, et al.,

    Appellees

    v.

Republic of Sudan and Ministry of the Interior of the Republic of the Sudan,

    Appellants

Islamic Republic of Iran and Iranian Ministry of Information and Security,

    Appellees

------------------------------
Consolidated with 14-7125, 14-7127, 14-7128, 16-7044, 16-7048, 16-7050, 16-7052

**O R D E R**

It is **ORDERED**, on the court's own motion, that the court's mandate issued on June 26, 2019, in consolidated case nos. 14-7124, 14-7125, 14-7127, 14-7128, 16-7044, 16-7048, 16-7050, and 16-7052, be recalled.

The Clerk of the United States District Court for the District of Columbia is requested to return the mandate forthwith to the United States Court of Appeals for the District of Columbia Circuit.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Daniel J. Reidy
      Deputy Clerk